Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Brenda Gail Usry |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of GA (State) |
| Case number | 17-51206 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 9 6 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Solid Waste Charges | 03-25-19 | (11) | $ 992.84 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page 1

| Debtor 1 | Brenda Gail Usry | Case number (*if known*) | 17-51206 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Trista Skaggs*
Signature

Date 04/04/2019

Print: __Trista M Skaggs__
First Name    Middle Name    Last Name

Title __Bankruptcy Asset Manager__

Company __SN Servicing Corporation__

Address __323 5th St__
Number    Street
__Eureka__          __CA__    __95501__
City                State    ZIP Code

Contact phone (800) 603 – 0836

Email bknotices@snsc.com

**SN Servicing Corp**

Checking Acct  LKBOT

CHECK DATE 03/25/2019 CHECK NUMBER
PAID TO:VENDOR BIBB COUNTY TAX COMMISSIONER

| Doc. No | Invoice Date | Invoice No | Description | Invoice Amount | GL Account | Net Amount |
|---|---|---|---|---|---|---|
| 1900000821 | 03/18/2019 | M130-0495 | 7960/USRY | 992.84 | | 992.84 |
| Total | | | | 992.84 | 0.00 | 992.84 |

## SN Servicing Corporation/Check Request
### Tax Department

| | |
|---|---|
| Vendor / Check Payee Name | BIBB COUNTY-TAX COMMISSIONER |
| Authority Rep | BIBB COUNTY-TAX COMMISSIONER |
| Address line 1 | BIBB COUNTY-TAX COMMISSIONER |
| Address line 2 | PO BOX 4724 |
| Address line 3 | MACON GA  31208 |
| Phone Number | 478-621-6500 |
| Tax ID (if applicable) | |

| | |
|---|---|
| LEGAL ENTITY: | 7340-LODGE SERIES III |
| DESCRIPTION: | PAID 2016,2017,2018 SOLID WASTE PARCEL# |
| PROPERTY ADDRESS: | 6280 SKIPPERTON RD, MACON GA  31216 |

| | | | |
|---|---|---|---|
| CHECK AMOUNT: | $992.84 | DUE BY: | 3/31/2019 POST MARK |
| | | NEED BY: | 3/22/2019 |

| | |
|---|---|
| REO? | NO |
| ESCROW? | YES |
| STATUS? | |
| ASSET NUMBER: | 7960 |
| ASSET NAME: | USRY, BRENDA G |
| REQUESTED DATE: | 3/15/2019 |
| SAP DATE: | |
| REQUESTER: | TAMMY TOKARSKY |
| SPECIAL HANDLING: | 1. POST MARK |
| | 2. COMPANY CHECK |
| | 3. PAID DIRECT TO TAX OFFICE |

### RECOVERABLE EXPENSES POSTED TO ILS

| | | |
|---|---|---|
| ESCROW / LOSS DRAFT | (154300) | $0.00 |
| UNAPPLIED FUNDS | (154400) | $0.00 |
| (650) PROP TAXES-CURRENT | (520000) | $0.00 |
| (650) PROP TAXES-DELINQ | (520100) | $992.84 |
| INSURANCE FIRE & CASUALTY | (511200) | $0.00 |
| (239) CONDO / HOA DUES | (506000) | $0.00 |
| (680/685) UTILITY LEINS / EXPENSE | (526000) | $0.00 |
| (010) LEGAL/ATTY FEES | (515000) | $0.00 |
| (232) LEGAL EXPENSE / COSTS | (515500) | $0.00 |
| (235) FORECLOSURE EXPENSE | (510000) | $0.00 |
| (242)1st Mortgage Payoff | (509000) | $0.00 |

### NON-RECOVERABLE EXPENSES NOT POSTED TO ILS

| | | |
|---|---|---|
| PRIOR SERV PENALTIES & FEES | (521001) | $0.00 |
| (580) INTEREST | (512000) | $0.00 |
| (655) PENALTIES | (521000) | $0.00 |
| DUPLICATE BILL FEE | (507101) | $0.00 |
| NON-RECOVERABLE LEGAL FEES | (516800) | $0.00 |
| (660)RECORD/TITLE FEES | (522000) | $0.00 |
| TAX SEARCH | (507002) | $0.00 |
| (660) RECORD/TITLE FEES | (522000) | $0.00 |
| (590) JANITORIAL TRASH | (514000) | $0.00 |
| REPAIRS & MAINTENANCE FEES | (524000) | $0.00 |
| CHECK FEE / BANK CHARGES | (604000) | $0.00 |
| CREDIT REPORTS | (507001) | $0.00 |

| | | | | |
|---|---|---|---|---|
| Total for RECOVERABLE Fees: | $992.84 | Total for NON-RECOVERABLE Fees: | | $0.00 |

## Owner Information

USRY BRENDA G
6280 SKIPPERTON RD
MACON, GA 31216-1380

## Payment Information

| | |
|---|---|
| Status | Unpaid |
| Last Payment Date | |
| Amount Paid | $0.00 |

## Property Information

| | |
|---|---|
| Parcel Number | M130-04955 |
| District | 502 MACON BIBB COUNTY |
| Acres | 0 |
| Description | 6280 SKIPPERTON RD |
| Property Address | 6280 SKIPPERTON RD |
| Assessed Value | $0 |
| Appraised Value | $0 |

## Bill Information

| | |
|---|---|
| Record Type | Solid Waste |
| Tax Year | 2018 |
| Bill Number | 7022844 |
| Account Number | |
| Due Date | 04/02/2018 |

## Taxes

| | |
|---|---|
| Base Taxes | $300.00 |
| Penalty | $30.00 |
| Interest | $23.31 |
| Other Fees | $32.50 |
| 2018 Total Due | $385.81 |
| Back Taxes | $607.03 |
| Total Due | $992.84 |

## Tax Breakdown

| Entity | Adjusted FMV | Net Assmt | Exemptions | Taxable Val | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| SOLID WASTE | 0 | 0 | 0 | 0 | 0 | $300.00 | $0.00 | $300.00 |
| Totals | | | | | 0.000 | $300.00 | $0.00 | $300.00 |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) via the United States Postal Service to all other interested parties at their addresses shown below.

Camille Hope, Esq.
Chapter 13 Trustee
Via Electronic Notice

Wayne Gilleland, Esq.
Attorney for Debtor
Via Electronic Notice

Brenda Gail Usry
6280 Skipperton Road
Macon, GA 31216

      This 4th day of April, 2019.

                                          /s/ Marc E. Ripps
                                          Marc E. Ripps
                                          Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com